## Commonwealth *v.* Jones, Appellant.

Submitted April 12, 1971. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kincade, Appellant.

Submitted April 12, 1971. *George E. James,* Assistant Public Defender, for appellant; *James C. Tosh,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.